# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **MICHAEL ESPOSITO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No.  2:15-cv-263-GZS |
| | ) | |
| **SCOTT LANDRY, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 11) filed July 31, 2015, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Stop Retaliation is **DENIED**.

  /s/ George Z. Singal      
United States District Judge

Dated this 3rd day of September, 2015.