## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | | |
|---|---|---|
| **MICHAEL ESPOSITO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No.   2:15-cv-263-GZS** |
| | ) | |
| **SCOTT LANDRY, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 32) filed September 30, 2015, the Recommended Decision is **<u>AFFIRMED</u>**.

Accordingly, it is **<u>ORDERED</u>** that:

1.   Plaintiff's Motion for Relief from Filing a Memorandum of Law (ECF No. 19) is **<u>GRANTED</u>**.

2.  Plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction (ECF No. 17) is **<u>DENIED</u>**.

3.  Plaintiff's Motion Requesting Relief from Giving Security (ECF No. 18) is **<u>DISMISSED AS MOOT</u>**.

 _/s/ George Z. Singal_          
United States District Judge

Dated this 2nd day of November, 2015.