# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL ESPOSITO, )<br>)<br>   Plaintiff, )<br>v. )<br>)<br>SCOTT LANDRY, et al., )<br>)<br>   Defendant )  | No.   2:15-cv-263-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 38) filed November 20, 2015, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendants' Motion to Dismiss (ECF No. 27) is **GRANTED** as to Defendants Cumming, Curtis, Fitzpatrick and Landry.

  /s/ George Z. Singal    
United States District Judge

Dated this 16th day of December, 2015.