# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **MICHAEL A. ESPOSITO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No.   2:15-cv-00263-GZS |
| ) | |
| **SCOTT LANDRY, et al.,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 41) filed December 22, 2015, the Recommended Decision is **AFFIRMED**.

It is **ORDERED** that Defendants' Motion to Dismiss (ECF No. 34) is **GRANTED** and Defendants Peter Briggs, Robert Clinton, Jen Patton, Crystal Perfect, Wendy Riebe, and Eric Shoaps are dismissed from this action.

It is also **ORDERED** that Plaintiff's Motion to Dismiss (ECF No. 42) is **DENIED AS MOOT**.

 /s/ George Z. Singal  
District Judge

Dated this 19th day of February, 2016.